1  David E. Bower (SBN 119546)
2  **MONTEVERDE & ASSOCIATES PC**
   600 Corporate Pointe, Suite 1170
3  Culver City, CA 90230
   Tel: (213) 446-6652
4  Fax: (212) 202-7880

5  *Counsel for Plaintiff*

6

7  ## UNITED STATES DISTRICT COURT
   ## FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| LONNIE MCCRARY, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 4:18-cv-00130-JSW |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| YUME, INC., ERIC B. SINGER, CHRISTOPHER B. PAISLEY, DANIEL D. SPRINGER, JAYANT KADAMBI, ADRIEL G. LARES, MITCHELL J. HABIB, AYYAPPAN SANKARAN, and ELIAS N. NADER, | Hon. Jeffrey S. White |
| Defendants. | |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, plaintiff Lonnie McCrary ("Plaintiff") voluntarily dismisses with prejudice as to Plaintiff only and without prejudice as to the putative class in the above-titled action (the "Action") against Defendants as moot. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.
//

1  //

3  DATED:  March 5, 2018

Respectfully submitted,

**OF COUNSEL**

 */s/ David E. Bower*
David E. Bower SBN 119546
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (310) 446-6652
Fax: (212) 202-7880
Email:  dbower@monteverdelaw.com

*Counsel for Plaintiff*

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com
mschreiner@monteverdelaw.com

*Counsel for Plaintiff*